532 F.2d 1374
 22 Wage & Hour Cas. (BN 1209, 80 Lab.Cas. P 33,468
 Usery
v.
Collura*#
 No. 75-3605
 United States Court of Appeals, Fifth Circuit
 5/20/76
 
 1
 E.D.La.
 
 AFFIRMED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterpr ises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 # Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.